JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No.   CV 14-07073 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **BRUCE JOHAN KAFIL, ET AL.**, | |
| Defendants. | |

   Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Bruce Johan Kafil, individually and doing business as Lotus on Flower, and Lotus on Flower, LLC, an unknown business entity doing business as Lotus on Flower  upon the Court's grant of summary judgment in favor of plaintiff.

   IT IS HEREBY ORDERED AND ADJUDGED:

   1. Defendants Bruce Johan Kafil, individually and doing business as Lotus on Flower, and Lotus on Flower, LLC, an unknown business entity doing business as Lotus on Flower, shall pay the plaintiff, J & J Sports Productions, Inc., $8,800.00 in total damages.

    IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: August 25, 2016

_____
William Keller
United States District Judge